NUMBER 13-08-00287-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE CIRO CID ADAMES


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam (1)



 Relator, Ciro Cid Adames, pro se, filed a petition for writ of mandamus in the above
cause on May 7, 2008, asking this Court to require the trial court to set a hearing and rule
on various motions. The Court requested a response from the real party in interest, the
State of Texas, acting by and through the Criminal District Attorney of Hidalgo County, and
such response has been received and filed. 

 The Court, having examined and fully considered the petition for writ of mandamus
and the response thereto, is of the opinion that relator has not shown himself entitled to
the relief sought, and the petition for writ of mandamus should be denied. See Tex. R.
App. P. 52.8. Accordingly, the petition for writ of mandamus is DENIED.

 

 PER CURIAM


Do not publish. 

See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered

and filed this 10th day of June, 2008.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).